IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13-cr-163 |
| | ) | |
| v. | ) | **ORDER UNSEALING** |
| | ) | **BILL OF INFORMATION** |
| PATRICIA DIANE CLARK | ) | |

UPON MOTION of the United States of America, by and through Anne Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

SO ORDERED.

Signed: June 13, 2013

_____
David S. Cayer
United States Magistrate Judge