UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:13-cr-00163-FDW-DCK |
| ) | |
| v. ) | ORDER |
| ) | |
| PATRICIA DIANE CLARK ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion For Order Directing The Defendant To Identify And Disclose The Nature And Location Of Property Subject To Criminal Forfeiture" (Document No. 18), filed November 1, 2013. The Court notes that effective November 19, 2013, the Defendant's former counsel, Christopher Shella, was withdrawn from further representation of the Defendant, and new counsel, Andy Patrick Roberts, made a general appearance on the Defendant's behalf. The Court informed Mr. Roberts of the aforementioned motion at the Inquiry to Counsel hearing on November 19, 2013. To ensure that this matter continues to move forward appropriately, and in light of the current January 6, 2014 trial date, the Court will direct that the Defendant respond to the motion (Document No. 18) on or before **December 6, 2013**.

**SO ORDERED**.

Signed: November 22, 2013

David C. Keesler
United States Magistrate Judge