# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:13cr163 |
| V. | ORDER |
| PATRICIA DIANE CLARK | |

This MATTER is before the Court on Defendant's Pro Se Motion to Reduce Sentence Pursuant to First Step Act 2018.

Setting Response Deadline for US Attorney as to Defendant. The Government is hereby ordered to inform the Court of **Documents 73, 74**– Motion to Reduce Sentence Pursuant to First Step Act 2018, Responses are due by October 12, 2021.

IT IS SO ORDERED.

Signed: September 9, 2021

Frank D. Whitney
United States District Judge