UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00163-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| PATRICIA DIANE CLARK, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Motion to Reduce Sentence (Doc. No. 73) and the Government's Motion to Seal (Doc. No. 80). The Court GRANTS the motion to seal and DENIES the motion to reduce sentence.

As an initial matter, the Court grants the Government's motion to seal Defendant's medical and Bureau of Prisons ("BOP") records, which the Government had submitted in support of its opposition brief to Defendant's motion to reduce sentence. The Court grants that motion and orders that Document Number 79 in this matter remain sealed until further order of this Court.

While Defendant's motion for compassionate release was pending, Defendant was released from the custody of the Bureau of Prisons. (See https://www.bop.gov/inmateloc/ visited 5/10/2022). After reviewing the relief requested by Defendant in her motion and her specific arguments asserted in support thereof, the Court DENIES AS MOOT Defendant's motion.

IT IS THEREFORE ORDEREED that Defendant's Motion for Compassionate Release (Doc. No. 73) is DENIED AS MOOT and the Government's Motion to Seal (Doc. No. 80) is GRANTED.

Signed: May 10, 2022    IT IS SO ORDERED.

Frank D. Whitney
United States District Judge